**Hephzibah BATES, Plaintiff–Appellant,**

v.

**Bernadette Bates THOMPSON, Defendant–Appellee.**

No. 14–1283.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 2, 2014.

Hephzibah Bates, Appellant Pro Se.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hephzibah Bates appeals the district court's order denying leave to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Bates v. Thompson,* No. 3:14–cv–00065–

REP (E.D.Va. Feb. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*